UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TERENCE JOHNSON,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF LICENSING, et al.,

    Defendants.

Case No. C18-147-JLR

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

After careful consideration of plaintiff's application to proceed *in forma pauperis* ("IFP"), the governing law and the balance of the record, the Court ORDERS:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 6th day of February, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1